JACQUELINE A. FORSLUND  CSBN 154575
Attorney at Law
P.O. Box 4476
Sunriver, OR  97707

Telephone:    541-419-0074
Email:              jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GAMBRELL, ) <br> ) <br> Plaintiff,    ) <br> ) <br> ) <br> ) <br> v.                                                   ) <br> ) <br> CAROLYN W. COLVIN,       ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant,    ) <br> ) <br> _____) | Case No. 2:14-cv-01123-CKD <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to November 2, 2014, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload.

**Gambrell v. Colvin**                                                                             **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                    Respectfully submitted,

Date:  October 2, 2014                    JACQUELINE A. FORSLUND
                                                    Attorney at Law

                                                    */s/Jacqueline A. Forslund*
                                                    JACQUELINE A. FORSLUND

                                                    Attorney for Plaintiff

Date:  October 2, 2014                    BENJAMIN J. WAGNER
                                                    United States Attorney
                                                    DONNA L. CALVERT
                                                    Acting Regional Chief Counsel, Region IX
                                                    Social Security Administration

                                                   */s/\*Theophous H. Reagans*
                                                    THEOPHOUS H. REAGANS
                                                    Special Assistant United States Attorney
                                                    *By email authorization

                                                    Attorney for Defendant

                                                       ORDER

    APPROVED AND SO ORDERED

Dated:  October 8, 2014                                                       _____
                                                                CAROLYN K. DELANEY
                                                                UNITED STATES MAGISTRATE JUDGE