JACQUELINE A. FORSLUND  CSBN 154575
Attorney at Law
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GAMBRELL,         ) | Case No. 2:14-cv-01123-CKD |
|         Plaintiff,      ) | **STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| v.             ) | |
| CAROLYN W. COLVIN,    ) | |
| Commissioner of Social Security,    ) | |
|         Defendant,    ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to November 12, 2014, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.  The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  October 31, 2014

JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date:  October 31, 2014

BENJAMIN J. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration


*/s/*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant


ORDER

APPROVED AND SO ORDERED

Dated:  November 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE


**Gambrell v. Colvin**                                             **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**