BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GAMBRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-01123-CKD<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment from DECEMBER 11, 2014 to JANUARY 11, 2015.  This stipulation is necessary because counsel for Defendant's Counsel has a backlog of cases due in part to his absence from the office both for leave

and illness.  Additionally, Defendant's counsel is litigating and overseeing several bankruptcy adversary proceedings.  Defendant's counsel needs additional time to review this case and to prepare a response.  This is Defendant's first request for an extension.  The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.

Dated: DECEMBER 10, 2015        /s/  Jacqueline A. Forslund
                                (email authorization)
                                JACQUELINE A. FORSLUND
                                Attorney for Plaintiff


Dated: DECEMBER 10, 2015        BENJAMIN B. WAGNER
                                United States Attorney
                                THEOPHOUS H. REAGANS



                         By:    /s/ Theophous H. Reagans
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney
                                Attorneys for Defendant

**ORDER**




        APPROVED AND SO ORDERED.


Dated:  December 12, 2014
                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE