JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GAMBRELL,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant, | Case No. 2:14-cv-01123-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE REPLY** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 4, 2015, for Plaintiff to file his Reply, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension to file his Reply. The extension is requested because Plaintiff's counsel recently experienced prolonged health problems that caused a backlog in her workload, which counsel is in the process of resolving.

**Gambrell v. Colvin**                                                              **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  January 30, 2015

JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date:  January 30, 2015

BENJAMIN J. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration


*/s/\*Theophous J. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
\*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED


Dated:  February 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Gambrell v. Colvin**                                                     **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**