JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD GAMBRELL, | ) | |
| | ) | Case No. 2:14-cv-01123-CKD |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION** |
| | ) | **AND ~~PROPOSED~~ ORDER** |
| v. | ) | **FOR EXTENSION OF TIME** |
| | ) | **TO FILE REPLY** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 30 days to March 4, 2015, for Plaintiff to file his Reply, in accordance with the

Court's Scheduling Order.  This is Plaintiff's first request for an extension to file his Reply.  The

extension is requested because Plaintiff's counsel recently experienced prolonged health

problems that caused a backlog in her workload, which counsel is in the process of resolving.

**Gambrell v. Colvin**                                                  **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date:  January 30, 2015                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff


Date:  January 30, 2015                    BENJAMIN J. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration


                                           */s/*Theophous J. Reagans*
                                           THEOPHOUS H. REAGANS
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


                                           ORDER


          APPROVED AND SO ORDERED


Dated:  February 9, 2015

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

**Gambrell v. Colvin**                              **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-01123-CKD**